UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELISA GREENE,<br><br>    Plaintiff,<br><br>v.<br><br><br>NAVIENT SOLUTIONS, LLC d/b/a STUDENT ASSISTANCE CORP.,<br><br>Defendant. | Case No. 1:18-cv-01502<br><br>Honorable Judge Ronald A. Guzman |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES FELISA GREENE ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, NAVIENT SOLUTIONS, LLC d/b/a STUDENT ASSISTANCE CORP., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 4, 2018

                                                    Respectfully Submitted,

                                                    /s/ Nathan C. Volheim
                                                    Nathan C. Volheim, Esq.
                                                    *Counsel for Plaintiff*
                                                    Admitted in the Northern District of Illinois
                                                    Sulaiman Law Group, Ltd.
                                                    2500 S. Highland Avenue, Suite 200
                                                    Lombard, IL 60148
                                                    Phone (630) 537-1770
                                                    Fax: (630)575-8188
                                                    nvolheim@sulaimanlaw.com