# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Felisa Greene
                         Plaintiff,

v.                                          Case No.: 1:18−cv−01502
                                                            Honorable Ronald A. Guzman

Navient Solutions, LLC
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 5, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of voluntary dismissal [10], the claims against Defendant, Navient Solutions, LLC are voluntarily dismissed without prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own costs and attorney fees. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.